**INFORMATION SHEET**

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ FEB 19 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CR 10 - 120**

**IRIZARRY, J.**

**CARTER, M.J.**

1. Title of Case: **United States v. HENRI AL HALABI (also known as "Isaac")**

2. Related Magistrate Docket Number(s): 10-M-071
   None ( )

3. Arrest Date: **January 26, 2010**

4. Nature of offense(s):  ☒ Felony
                          ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:  Less than 6 weeks  (X)
                                More than 6 weeks  ( )

7. County in which crime was allegedly committed: **Kings County**
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

10. Is there a capital count included in the indictment?  ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
SreeVamshi C. Reddy
Assistant United States Attorney
(718) 254-6276

Rev. 3/22/01